UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUE SPIKE LLC; BLUE SPIKE INTERNATIONAL LTD; WISTARIA TRADING LTD., ,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, INC.; UMG MANUFACTURING & LOGISTICS, INC.; and UNIVERSAL MUSIC PUBLISHING INC. d/b/a UNIVERSAL MUSIC PUBLISHING GROUP,<br><br>Defendants. | Case No. CV 22-6331-GW-JEMx<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>Judge:   Hon. George Wu<br><br>Complaint Filed:   September 6, 2022<br>FAC Filed:             December 13, 2022<br>Trial Date:             Not Set |

Having considered Plaintiffs Blue Spike LLC, Blue Spike International Ltd; and Wistaria Trading Ltd. (collectively "Blue Spike") and Defendants Universal Music Group, Inc.; UMG Manufacturing & Logistics, Inc.; and Universal Music Publishing Inc. d/b/a Universal Music Publishing Group's (collectively "UMG") Joint Stipulation to Modify the Scheduling Order, and good cause appearing therefore, the Court ORDERS that this action shall proceed based on the below modified schedule:

| Parties Proposed Deadline | DESCRIPTION |
| --- | --- |
| 8/25/2023 | P.R. 3-3 Invalidity Contentions (and P.R. 3-4 document production) to be served. To the extent not already required to be disclosed, exchange Mandatory Disclosures on all issues, including damages. |
| 9/8/2023 | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112(6) (P.R. 4-1). |
| 9/29/2023 | Parties to exchange preliminary claim constructions and extrinsic evidence supporting same. (P.R. 4-2). |
| 10/20/2023 | Joint Claim Construction and Prehearing Statement and Expert Reports on CC to be filed. (P.R. 4-3). |
| 11/20/2023 | Completion date for discovery on claim construction, including expert depositions. (P.R. 4-4). |
| 12/1/2023 | Parties' simultaneous opening claim construction briefs. |
| 12/22/2023 | Parties' simultaneous responsive claim construction brief. |
| 1/11/2024 | Tech Tutorial |
| 1/22/2024 | Claim Construction Hearing |

**IT IS SO ORDERED.**

DATED: July 20, 2023

_____
Hon. George H. Wu
United States District Judge